Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Sarah K. Hamilton (State Bar No. 238819)
skhamilton@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendants
STANDARD INSURANCE COMPANY and THE
MILLS PENINSULA MEDICAL LONG TERM
DISABILITY INSURANCE PLAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EHRMAN,<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, and THE MILLS PENINSULA MEDICAL LONG TERM DISABILITY INSURANCE PLAN, and DOES 1-10,<br><br>    Defendants. | Case No. C 06-5454 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR STANDARD INSURANCE COMPANY AND THE MILLS PENINSULA MEDICAL LONG TERM DISABILITY INSURANCE PLAN'S RESPONSES TO COMPLAINT**<br><br>**JUDGE: Martin J. Jenkins**<br>**COURTROOM: 11**<br>**Signature By Facsimile** |

SFI-554366v1

STIP. AND [PROP.] ORDER TO EXTEND
DEADLINE; Case No. C 06-5454

Dockets.Justia.com

1  WHEREAS, the Defendants Standard Insurance Company and The Mills Peninsula
2  Medical Long Term Disability Insurance Plan seek to obtain additional days to prepare, file and
3  serve their responses to plaintiff's Complaint;
4  IT IS HEREBY STIPULATED by and between plaintiff and defendants through their
5  respective counsel of record as follows:
6  1. The deadline for Defendants Standard Insurance Company and The Mills Peninsula
7  Medical Long Term Disability Insurance Plan to respond to plaintiff's Complaint will be
8  extended by fifteen days to September 26, 2006.
9  **IT IS SO STIPULATED.**

Dated: September 12, 2006    JONES DAY

By: _____
Sarah K. Hamilton
Attorney for Defendants Standard Insurance
Company and The Mills Peninsula Medical
Long Term Disability Insurance Plan

PILLSBURY & LEVINSON, LLP

Dated: September 12, 2006

By: _____

Attorney for Plaintiff Scott Ehrman

**ORDER**

IT IS SO ORDERED.

Date: 9/13, 2006

_____
Martin J. Jenkins
United States District Judge