Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Lara Kollios (State Bar No. 235395)
lkollios@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants
STANDARD INSURANCE COMPANY and THE
MILLS PENINSULA MEDICAL LONG TERM
DISABILITY INSURANCE PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SCOTT EHRMAN, | Case No. 06-5454-MJJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| v. | |
| STANDARD INSURANCE COMPANY, and THE MILLS PENINSULA MEDICAL LONG TERM DISABILITY INSURANCE PLAN, | |
| Defendants. | |

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f) and ADR Local Rule 3-5, November 14, 2006 is the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan and to file an ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(a)(1) and Civil Local Rule 16-9, November 28, 2006 is the last day for the parties to complete initial disclosures and to file a Joint Case Management Statement and Rule 26(f) Report;

WHEREAS, the Initial Case Management Conference is scheduled for December 5, 2006;

WHEREAS, Defendants Standard Insurance Company and the Mills Peninsula Medical Long Term Disability Insurance Plan's Motion to Dismiss, filed on September 26, 2006, is pending before this Court;

THE PARTIES HEREBY STIPULATE THAT:

1. January 16, 2007 is the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan and to file an ADR Certification and a Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

2. January 30, 2007 is the last day for the parties to complete initial disclosures and to file a Joint Case Management Statement and Rule 26(f) Report

3. The Initial Case Management Conference is continued to Tuesday, February 6, 2007 at 2:00 p.m.

DATED: November 14, 2006            JONES DAY

                                    By:   /S/ Lara Kollios
                                          Lara Kollios
                                          Attorneys for Defendants

DATED: November 14, 2006            PILLSBURY & LEVINSON, LLP


                                    By:   /S/ David Lilientstein
                                          David Lilientsein
                                          Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: November 17, 2006

                                    By:   [signature]
                                          The Hon. Judge Martin J. Jenkins
                                          United States District Court Judge

SFI-557408v1

**STIPULATION AND [PROPOSED] ORDER**
**RE: INITIAL CMC**
**C-06-5454-MJJ**

1