1 | Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
2 | Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
3 | Lara Kollios (State Bar No. 235395)
lkollios@jonesday.com
4 | JONES DAY
555 California Street, 26th Floor
5 | San Francisco, CA  94104-1500
Telephone:     (415) 626-3939
6 | Facsimile:      (415) 875-5700

7 | Attorneys for Defendants
STANDARD INSURANCE COMPANY and THE
8 | MILLS PENINSULA MEDICAL LONG TERM
DISABILITY INSURANCE PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT EHRMAN, | Case No. 06-5454-MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PRIVATE ADR SESSION** |
| v. | |
| STANDARD INSURANCE COMPANY, and THE MILLS PENINSULA MEDICAL LONG TERM DISABILITY INSURANCE PLAN, | |
| Defendants. | |

1 | WHEREAS, pursuant to the Court's January 19, 2007 Order Selecting ADR Process, the parties were to participate in a private ADR session no later than April 19, 2007;

WHEREAS, the parties have agreed to participate in a private ADR session with mediator Jeffrey Krivis. The first day the parties, their counsel and Mr. Krivis are available is June 8, 2007. The parties have scheduled a private ADR session with Mr. Krivis on June 8, 2007, at the offices of Jones Day, 555 California Street, 26th floor, San Francisco California, 94104.

THE PARTIES HEREBY STIPULATE THAT the parties shall participate in a private ADR session no later than June 8, 2007.

DATED: April 9, 2007

JONES DAY

By: /s/ Lara Kollios
Lara Kollios
Attorneys for Defendants

DATED: April 7, 2007

PILLSBURY & LEVINSON, LLP

By: /s/ David Lilientsein
David Lilientsein
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: April 17, 2007

By: [signature]
The Honorable Martin J. Jenkins
United States District Court Judge

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JONES DAY

By: /s/ Lara Kollios
Lara Kollios
Attorneys for Defendants