**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EHRMAN, | No. C 06-5454 MJJ |
| Plaintiff(s), | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | |
| STANDARD INSURANCE CO., et al. | |
| Defendant(s). | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. The Status Conference previously set for June 27, 2007 is VACATED.

Dated: 6/26/2007

MARTIN J. JENKINS
United States District Judge